■ In the Matter of HERBERT FARRINGTON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent [54 NYS3d 906]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered April 29, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.